**Order entered October 26, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01179-CV

### MICHAEL C. WADE, Relator

**Original Proceeding from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 046500**

## ORDER
Before Justices Lang-Miers, Evans and Whitehill

The Court has before it relator's Written Objections to Memorandum Opinion and Order of Clerk's Duties and Jurisdiction which we treat as a motion for reconsideration. To the extent the pleading requests reconsideration of the dismissal of relator's petition for want of jurisdiction, we **DENY** the motion. We further **DENY** the relator's request that the writ of mandamus be transferred to an appropriate court that has jurisdiction to compel the action he requests and his request that the Court order the Grayson County Clerk to bear the costs of his original proceeding.

> /s/    ELIZABETH LANG-MIERS
>        JUSTICE